Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ST. JOHN,<br><br>             Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>             Defendant. | Case No.  09-CV-00416-JAM-EFB<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.  The parties jointly request  that

///

///

///

///

all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 10, 2009, for filing dispositional documents.

Dated: 6/9/09                    KROHN & MOSS, LTD.

/s/Ryan Lee
Ryan Lee
Attorney for Plaintiff
Craig St. John

Dated: 6/9/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
NCO Financial Systems, Inc.